CATHERINE J. WEINBERG, ESQ. [SBN 222066]
BUCKNER, ROBINSON & MIRKOVICH
3146 Red Hill Avenue, Suite 200
Costa Mesa, California  92626
Telephone:  (714) 432-0990
Fax:            (714) 432-0352
Email:         cweinberg@bamlaw.net

Attorneys for Defendant
Seaside Ranchos,
A California corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SEASIDE RANCHOS, a California corporation; and Does 1-10, inclusive,<br><br>Defendants. | Case No. 8:20-cv-01178-DOC-KES<br><br>**DECLARATION OF CATHERINE J. WEINBERG MOTION TO DISMISS STATE LAW CLAIM IN COMPLAINT**<br><br>FRCP Rules 12(b)(1), 12(b)(6), 12(h)(3), and 28 USC § 1367(c)<br><br>Date: September 28, 2020<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. David O. Carter<br><br>Complaint Filed: 7/2/20<br>Trial Date: No date scheduled |
|---|---|

I, CATHERINE J. WEINBERG, declare as follows:

1.  I am an attorney duly licensed to practice law before all courts in the State of California, and a partner with the law firm of Buckner, Robinson, & Mirkovich, attorneys of record for SEASIDE RANCHOS ("Defendant").  I have personal knowledge of the facts set forth below and if called upon to testify as a witness, I would and could testify competently to the following facts.

1

2. I make this declaration in support of Defendant's "Motion to Dismiss State Law Claim in Complaint".

3. In August 2020, my office was retained to defend Defendant in this matter.

4. In reviewing the facts alleged in the Complaint for Damages and Injuntive Relief ("Complaint") and the court record for plaintiff JAMES RUTHERFORD ("Plaintiff") I observed that the Complaint appeared to have been filed in federal court in order to avoid being required to comply with California pleading requirements for contruction-related accessability claim litigation.

5. On August 13, 2020, I sent meet-and-confer correspondence to counsel for Plaintiff, stating that Defendant believed it to be appropriate to dismiss the state law claim in the Complaint and offering to discuss those matters pursuant to United States District Court Central District Local Rule 7-3. A true and correct copy of my August 13, 2020, correspondence is attached hereto as Exhibit "A".

6. I received no response to my correspondence. As Defendant had no more time to wait before filing, my office proceeded to file the concurrently filed Motion to Dismiss State Law Claim.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 17th day of August, 2020, at Costa Mesa, California.

_____
CATHERINE J. WEINBERG, ESQ.

2

DECLARATION OF CATHERINE WEINBERG ISO MOTION TO DISMISS STATE LAW CLAIM

Exhibit "A"

**BUCKNER, ROBINSON & MIRKOVICH**
A Professional Law Corporation

| | | |
|---|---|---|
| William D. Buckner<br>Michael J. Mirkovich<br>Michael G. Robinson<br>Catherine J. Weinberg*<br>Elizabeth Estes Ricci<br>Andrew Y. Prochnow | 3146 Red Hill Avenue, Suite 200<br>Costa Mesa, California 92626<br><br>Telephone: (714) 432-0990<br>Facsimile: (714) 432-0352<br>www.bamlaw.net | Brent H. Coeur-Barron, Of Counsel<br>Kevin S. Miao, Of Counsel†<br><br>* Also Admitted in Hawaii<br>† A Professional Law Corporation |

August 13, 2020

Joseph R. Manning, Jr.
Phyl Grace
Manning Law APC
20062 SW Birch Street Suite 200
Newport Beach, CA 92660

Via Email at
disabilityrights@manninglawoffice.com
& U.S. Mail

Re:   *Rutherford v. Seaside Ranchos*
       U.S.D.C. Case No. 8:20-cv-01178-DOC-KES

**Meet and Confer Correspondence Pursuant to Local Rule 7-3**

Dear Counsel:

As you know, this firm has been retained to represent defendant Seaside Ranchos ("Defendant") in the above-referenced matter.

In the complaint, plaintiff James Rutherford ("Plaintiff") alleges violations of the Americans With Disabilities Act and the California Unruh Civil Rights Act. We are aware that Plaintiff is a "high-frequency litigant" pursuant to California *Code of Civil Procedure* § 425.55(b) and that he filed the Unruh claim in this Court in a evident scheme of impermissible "forum shopping" to use federal court as an "end-around" to evade California's heightened pleading standards and increased filing fees. We observe that Plaintiff's Unruh claim substantially predominates over his ADA claim. We further observe that the injunctive relief Plaintiff seeks under the ADA would also be available to him in a California state court action. It is therefore clear that this case should have been brought in a California state court.

This correspondence is made by Defendant as a "meet and confer" attempt pursuant to U.S.D.C. Central District Local Rule 7.3 prior to bringing a motion requesting the Court to decline to exercise jurisdiction over Plaintiff's Unruh claim and dismissing that claim from Plaintiff's case.

Defendant requests that Plaintiff agree to dismiss his Unruh claim, or Defendant will have no alternative but to bring its motion.

Joseph R. Manning, Jr.
Phyl Grace
August 13, 2020
Page 2 of 2

      As you know, Defendant's time to respond to the complaint in this case is very short. If you would be interested in resolving these matters between the parties as discussed, please contact us no later than noon on Monday, August 17, 2020. Thank you.

                              Very truly yours,

                              BUCKNER, ROBINSON & MIRKOVICH

                              Catherine J. Weinberg, Esq.

12086.09.04 ManningM+CLtr 081320

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On August 17, 2020, I served the foregoing document described as "Declaration of Catehrine Weinberg in Support of Motion to Dismiss State Law Claim" on the party or parties by electronic service as follows:

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the documents with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules and proofs of such service filed separately.

    Joseph R. Manning, Jr., Esq.
    MANNING LAW, APC
    20062 SW Birch Street, Suite 200
    Newport Beach, CA 92660
    DisabilityRights@manninglawoffice.com

Executed on August 17, 2020 at Costa Mesa, California.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

    /s/ Robert Hall
    _____
    ROBERT HALL

3

DECLARATION OF CATHERINE WEINBERG ISO MOTION TO DISMISS STATE LAW CLAIM