1  CATHERINE J. WEINBERG, ESQ. [SBN 222066]
2  BUCKNER, ROBINSON & MIRKOVICH
   3146 Red Hill Avenue, Suite 200
3  Costa Mesa, California  92626
   Telephone:  (714) 432-0990
4  Fax:          (714) 432-0352
   Email:        cweinberg@bamlaw.net
5
6  Attorneys for Defendant
   Seaside Ranchos, a
7  California corporation

8
              **UNITED STATES DISTRICT COURT**
9
              **CENTRAL DISTRICT OF CALIFORNIA**
10

11  JAMES RUTHERFORD, an individual,  |  Case No. 8:20-cv-01178-DOC-KES
12                        Plaintiff,  |  **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS STATE LAW CLAIM IN COMPLAINT**
13  v.                                |
14                                    |  FRCP Rules 12(b)(1), 12(b)(6), 12(h)(3), and 28 USC § 1367(c)
    SEASIDE RANCHOS, a California      |
15  corporation; and Does 1-10, inclusive,  |
16                        Defendants. |  Date: September 28, 2020
17                                    |  Time: 8:30 a.m.
                                      |  Courtroom: 9D
18                                    |  Judge: Hon. David O. Carter
19                                    |
20                                    |  Complaint Filed: 7/02/2020
                                      |  Trial Date: No date scheduled
21

22      Pursuant to Federal Rule of Evidence 201, defendant Seaside Ranchos

23  ("Defendant") respectfully requests that the Court take judicial notice of the other

24  lawsuits, identified in the attached Exhibit "A", that plaintiff James Rutherford

25  ("Plaintifff") has filed in the Central District of California from July 2, 2019

26  through July 1, 2020.

27

28
                                   1

Courts may take judicial notice of facts that are not subject to reasonable dispute if the facts are generally known within the trial court's territorial jurisdiction or can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. Rule Evid. 201(b).

This includes documents filed, and orders or decisions entered, in federal or state court actions. See, e.g., *Holder v. Holder*, 305 F.3d 854, 866 (9th Cir. 2002); *Wheeler v. Premiere Credit of North America*, 80 F. Supp. 3d 1108, 1112 (S.D. Cal. 2015).

The list of lawsuits contained in Exhibit "A" attached hereto are litigation records obtained from the Court's own PACER system. The records, therefore, can be accurately and readily determined from the Court's own resources, whose accuracy cannot reasonably be questioned. Defendants submit that judicial notice of these records is particularly appropriate because these other litigations are relevant to the pending motion to dismiss. See *Amphibious Partners, LLC v. Redman*, 534 F.3d 1357, 1361-1362 (10th Cir. 2008).

Accordingly, Defendant respectfully requests that this Court take judicial notice of the list of Plaintiff's other federal litigations in the Central District alone, attached hereto as Exhibit "A", filed from July 2, 2019 through July 1, 2020.

Dated: August 17, 2020                    Respectfully submitted,

BUCKNER, ROBINSON & MIRKOVICH

By: _____

CATHERINE J. WEINBERG
Attorneys for Defendant
Seaside Ranchos

2

Exhibit "A"

# Select A Case

## James Rutherford is a plaintiff in 109 cases.

| | | | |
|---|---|---|---|
| 5:19-cv-01420-JGB-SP | James Rutherford v. Juan M Borquez et al | filed 07/31/19 | closed 03/12/20 |
| 5:19-cv-01423-JGB-SP | James Rutherford v. KB Jack Rancho, Inc. et al | filed 07/31/19 | closed 10/22/19 |
| 5:19-cv-02410-CJC-SHK | James Rutherford v. E and I Venture, LLC et al | filed 12/16/19 | closed 03/06/20 |
| 5:19-cv-02412-MWF-SHK | James Rutherford v. E Street Plaza, LLC et al | filed 12/16/19 | closed 05/04/20 |
| 5:19-cv-02414-MWF-KK | James Rutherford v. Chan Ho Um et al | filed 12/16/19 | closed 06/09/20 |
| 5:19-cv-02416-GW-SHK | James Rutherford v. James Soungkile and Kookhe Hong, et al | filed 12/16/19 | closed 05/04/20 |
| 5:19-cv-02423-SVW-SP | James Rutherford v. LMD Investment, LLC et al | filed 12/17/19 | closed 05/27/20 |
| 5:19-cv-02424-SVW-AGR | James Rutherford v. Victor Valley Town Center, LLC et al | filed 12/17/19 | closed 03/19/20 |
| 5:19-cv-02501-JGB-SP | James Rutherford v. SRSH Investment, Inc. et al | filed 12/31/19 | closed 03/31/20 |
| 5:19-cv-02502-JGB-KK | JAMES RUTHERFORD v. ASHWIN H. PATEL et al | filed 12/31/19 | closed 03/06/20 |

| | | | |
|---|---|---|---|
| <u>5:20-cv-00128-JAK-KK</u> | James Rutherford v. Capital TCC, LP, et al | filed 01/16/20 | closed 04/17/20 |
| <u>5:20-cv-00129-SVW-SHK</u> | James Rutherford v. Los Compadres LLC et al | filed 01/16/20 | closed 03/16/20 |
| <u>5:20-cv-00130-DMG-SP</u> | James Rutherford v. Supreme Bright, LLC et al | filed 01/16/20 | |
| <u>5:20-cv-00133-JAK-SHK</u> | James Rutherford v. 559 E. Alisal Street, LLC et al | filed 01/16/20 | closed 04/16/20 |
| <u>5:20-cv-00135-JAK-KK</u> | James Rutherford v. Isalda Zuniga et al | filed 01/16/20 | closed 08/11/20 |
| <u>5:20-cv-00136-SVW-KK</u> | James Rutherford v. Drakeridge LLC et al | filed 01/16/20 | closed 02/12/20 |
| <u>5:20-cv-00188-ODW-SP</u> | James Rutherford v. Hesperia Marketplace Capital Partners LP, et al | filed 01/28/20 | closed 04/01/20 |
| <u>5:20-cv-00189-DMG-SP</u> | James Rutherford v. HF Investments, LLC et al | filed 01/28/20 | closed 05/21/20 |
| <u>5:20-cv-00190-MWF-SHK</u> | James Rutherford v. Gramercy Capital Corp. et al | filed 01/28/20 | closed 03/18/20 |
| <u>5:20-cv-00253-JGB-SP</u> | James Rutherford v. Jack Benetatos et al | filed 02/07/20 | |
| <u>5:20-cv-00309-RGK-SP</u> | James Rutherford v. The Novogroder Companies, Inc. | filed 02/18/20 | closed 07/02/20 |

| | | | |
|---|---|---|---|
| 5:20-cv-00313-PSG-SP | James Rutherford v. Highland Plaza Center LLC et al | filed 02/18/20 | closed 08/07/20 |
| 5:20-cv-00341-FMO-KK | James Rutherford v. Pizza Plus Properties, Inc. et al | filed 02/20/20 | closed 05/04/20 |
| 5:20-cv-00342-SVW-SHK | James Rutherford v. Kevin Doan et al | filed 02/20/20 | |
| 5:20-cv-00391-JGB-SHK | James Rutherford v. Hasmukh Patel et al | filed 02/27/20 | closed 04/27/20 |
| 5:20-cv-00526-DMG-SP | James Rutherford v. Highland Star LLC et al | filed 03/13/20 | closed 05/21/20 |
| 5:20-cv-00527-SVW-SP | James Rutherford v. Highland Avenue Plaza, LLC | filed 03/13/20 | closed 06/10/20 |
| 5:20-cv-00528-ODW-KK | James Rutherford v. Willshare Group LLC et al | filed 03/13/20 | |
| 5:20-cv-00529-AB-SHK | James Rutherford v. Fontana Shopping Plaza, LLC et al | filed 03/13/20 | closed 05/05/20 |
| 5:20-cv-00530-RSWL-KK | James Rutherford v. Abdallah Hourany et al | filed 03/13/20 | |
| 5:20-cv-00531-FMO-SHK | James Rutherford v. Thavy M. Tann et al | filed 03/13/20 | |
| 5:20-cv-00533-GW-SHK | James Rutherford v. N and H Liquor et al | filed 03/13/20 | |

| | | | |
|---|---|---|---|
| <u>5:20-cv-00534-RSWL-SK</u> | James Rutherford v. Adeeb Senab Hattar et al | filed 03/13/20 | closed 06/08/20 |
| <u>5:20-cv-00537-JFW-KK</u> | James Rutherford v. Cooley a Shopping Center LLC et al | filed 03/13/20 | |
| <u>5:20-cv-00538-JFW-SHK</u> | James Rutherford v. Ata Haifa et al | filed 03/13/20 | closed 06/03/20 |
| <u>5:20-cv-00672-JGB-SHK</u> | James Rutherford v. South Coast Investment et al | filed 04/02/20 | closed 07/29/20 |
| <u>5:20-cv-00673-JGB-KK</u> | James Rutherford v. Jeffrey J. Stansfield et al | filed 04/02/20 | closed 08/12/20 |
| <u>5:20-cv-00737-JGB-SP</u> | James Rutherford v. Miguel Vasquez et al | filed 04/10/20 | |
| <u>5:20-cv-00738-JGB-KK</u> | James Rutherford v. Karl H. Hesper et al | filed 04/10/20 | closed 06/16/20 |
| <u>5:20-cv-00906-RGK-KK</u> | James Rutherford v. Dipak R. Patel, et al | filed 04/28/20 | closed 06/05/20 |
| <u>5:20-cv-00930-JGB-SHK</u> | James Rutherford v. V.A.B., Inc. et al | filed 04/30/20 | closed 08/12/20 |
| <u>5:20-cv-00937-JGB-KK</u> | James Rutherford v. ESI Plaza LLC, et al | filed 04/30/20 | closed 08/04/20 |
| <u>5:20-cv-01022-JGB-SHK</u> | James Rutherford v. Jose Luis Atristan et al | filed 05/13/20 | closed 07/28/20 |

| | | | |
|---|---|---|---|
| <u>5:20-cv-01023-JGB-SP</u> | James Rutherford v. Eusebio Flores et al | filed 05/13/20 | closed 08/10/20 |
| <u>5:20-cv-01024-JGB-KK</u> | James Rutherford v. Hau-En Ying LLC et al | filed 05/13/20 | closed 07/01/20 |
| <u>5:20-cv-01026-JGB-SHK</u> | James Rutherford v. Marwan El Dana et al | filed 05/13/20 | closed 08/06/20 |
| <u>5:20-cv-01076-MWF-SP</u> | James Rutherford v. Youssef Maleeh, et al | filed 05/26/20 | |
| <u>5:20-cv-01077-PSG-SP</u> | James Rutherford v. Andy Nguyen, et al | filed 05/26/20 | |
| <u>5:20-cv-01078-DSF-KK</u> | James Rutherford v. Renee Anne Vicary, et al | filed 05/26/20 | |
| <u>5:20-cv-01092-GW-SP</u> | James Rutherford v. Prendiville Properties et al | filed 05/28/20 | |
| <u>5:20-cv-01093-PA-SHK</u> | James Rutherford v. DFA Polizzi/Piazza Family G.P. et al | filed 05/28/20 | closed 08/12/20 |
| <u>5:20-cv-01094-DSF-SHK</u> | James Rutherford v. Town Center North, LLC et al | filed 05/28/20 | closed 07/24/20 |
| <u>5:20-cv-01095-AB-SP</u> | James Rutherford v. OEI Incorporated et al | filed 05/28/20 | closed 07/27/20 |
| <u>5:20-cv-01118-JGB-SHK</u> | James Rutherford v. Brixton Redlands, LLC, et al | filed 06/01/20 | closed 08/06/20 |

| | | |
|---|---|---|
| <u>5:20-cv-01124-JGB-SP</u> | James Rutherford v. Ziad Abelson et al | filed 06/01/20 |
| <u>5:20-cv-01172-JGB-SP</u> | James Rutherford v. Best California Gas Ltd et al | filed 06/09/20 |
| <u>5:20-cv-01196-SP</u> | James Rutherford v. Dashrath N. Patel et al | filed 06/11/20 |
| <u>5:20-cv-01197-KK</u> | James Rutherford v. VPR Fontana Investment,Inc., et al | filed 06/11/20 |
| <u>5:20-cv-01200-DMG-SHK</u> | James Rutherford v. Airport Gateway Plaza, LLC, et al | filed 06/12/20   closed 08/10/20 |
| <u>5:20-cv-01203-VAP-SP</u> | James Rutherford v. Baseline Center LLC et al | filed 06/12/20 |
| <u>5:20-cv-01204-MWF-SP</u> | James Rutherford v. Naim Mtanios Younan et al | filed 06/12/20 |
| <u>5:20-cv-01205-FMO-SP</u> | James Rutherford v. Fontana Capital LLC et al | filed 06/12/20 |
| <u>5:20-cv-01206-ODW-SP</u> | James Rutherford v. Palmetto Plaza 1 LLC et al | filed 06/12/20 |
| <u>5:20-cv-01235-RGK-KK</u> | James Rutherford v. ABH1, LLC et al | filed 06/19/20 |
| <u>5:20-cv-01237-JAK-SP</u> | James Rutherford v. Cucamonga Industrial Center, LLC, et al | filed 06/19/20 |

| | | |
|---|---|---|
| <u>5:20-cv-01238-RGK-SP</u> | James Rutherford v. IProperty Development LLC, et al | filed 06/19/20 |
| <u>5:20-cv-01239-PSG-SP</u> | James Rutherford v. Summitrose Investments, LP et al | filed 06/19/20 |
| <u>5:20-cv-01240-DSF-SHK</u> | James Rutherford v. LWLL, LLC et al | filed 06/19/20 |
| <u>5:20-cv-01244-RSWL-KK</u> | James Rutherford v. Wenhong Xu et al | filed 06/19/20 |
| <u>5:20-cv-01281-ODW-KK</u> | James Rutherford v. Marketplace On Grove LLC et al | filed 06/26/20   closed 08/12/20 |
| <u>5:20-cv-01282-DMG-KK</u> | James Rutherford v. Red Mountain Asset Fund I, LLC, et al | filed 06/26/20 |
| <u>5:20-cv-01283-JFW-SHK</u> | James Rutherford v. 1600 E. 4th Street, LLC et al | filed 06/26/20 |
| <u>5:20-cv-01285-RGK-SHK</u> | James Rutherford v. Leonora Pierotti Thomas et al | filed 06/26/20 |
| <u>5:20-cv-01307-JGB-SHK</u> | James Rutherford v. Vineyard Ontario Associates, et al | filed 06/30/20 |
| <u>5:20-cv-01308-JGB-SHK</u> | James Rutherford v. Aaron Chang, et al | filed 06/30/20 |
| <u>5:20-cv-01309-JGB-KK</u> | James Rutherford v. A and C New Place LLC et al | filed 06/30/20 |

| | | |
|---|---|---|
| <u>5:20-cv-01311-MWF-SP</u> | James Rutherford v. 54-00094 West Base Line, LLC et al | filed 06/30/20 |
| <u>5:20-cv-01312-RSWL-SHK</u> | James Rutherford v. Tacos Mexico, Inc. et al | filed 06/30/20 |
| <u>5:20-cv-01321-JAK-KK</u> | James Rutherford v. Evangelos Karpuzis et al | filed 06/30/20 |
| <u>5:20-cv-01322-JGB-SP</u> | James Rutherford v. Terry L. Goodman et al | filed 06/30/20 |
| <u>8:19-cv-02421-DOC-DFM</u> | James Rutherford v. Hoa Khain Quan et al | filed 12/16/19   closed 05/11/20 |
| <u>8:19-cv-02430-JLS-JDE</u> | James Rutherford v. JGKallins, L.P. et al | filed 12/17/19   closed 03/26/20 |
| <u>8:20-cv-00249-DOC-ADS</u> | James Rutherford v. AU Zone Santa Ana, LLC et al | filed 02/07/20   closed 07/08/20 |
| <u>8:20-cv-00313-JVS-JDE</u> | James Rutherford v. Basraon LLC et al | filed 02/18/20 |
| <u>8:20-cv-00703-JLS-DFM</u> | James Rutherford v. Marvin L.S. House et al | filed 04/10/20   closed 07/20/20 |
| <u>8:20-cv-00707-DOC-KES</u> | James Rutherford v. Lundar Yuh et al | filed 04/10/20 |
| <u>8:20-cv-00709-JLS-DFM</u> | James Rutherford v. PS Business Parks, L.P. et al | filed 04/10/20   closed 07/22/20 |

| | | |
|---|---|---|
| 8:20-cv-00710-JLS-ADS | James Rutherford v. Harbor Place Shopping Center, LLC et al | filed 04/10/20 |
| 8:20-cv-00712-JLS-KES | James Rutherford v. Aldor Holdings, LP et al | filed 04/10/20 |
| 8:20-cv-00713-JLS-JDE | James Rutherford v. Edinger Plaza, LLC et al | filed 04/10/20 |
| 8:20-cv-00773-SVW-JDE | James Rutherford v. BBSC Development, LLC et al | filed 04/20/20 |
| 8:20-cv-00898-DOC-JDE | James Rutherford v. D and S Investment, LLC, et al | filed 05/13/20   closed 07/07/20 |
| 8:20-cv-00899-DOC-ADS | James Rutherford v. W H Js Golden Dragon, Inc. et al | filed 05/13/20   closed 06/22/20 |
| 8:20-cv-00900-DOC-JDE | James Rutherford v. Jin Suck Choi et al | filed 05/13/20 |
| 8:20-cv-00959-CJC-JDE | James Rutherford v. Lyman Legacy LLC et al | filed 05/26/20 |
| 8:20-cv-01037-JLS-ADS | James Rutherford v. Jerry O. Palanjian, et al | filed 06/09/20 |
| 8:20-cv-01051-DOC-KES | James Rutherford v. Jacob Logar et al | filed 06/11/20 |
| 8:20-cv-01052-DOC-KES | James Rutherford v. DHS Commercial Investment LLC et al | filed 06/11/20   closed 08/07/20 |

| | | |
|---|---|---|
| <u>8:20-cv-01053-JLS-ADS</u> | James Rutherford v. Shalabi Enterprises Partners et al | filed 06/11/20 |
| <u>8:20-cv-01084</u> | James Rutherford v. Wenhong Xu et al | filed 06/19/20   closed 06/19/20 |
| <u>8:20-cv-01085-JLS-JDE</u> | James Rutherford v. Endresen Family LLC, et al | filed 06/19/20 |
| <u>8:20-cv-01086-JLS-DFM</u> | James Rutherford v. Eric M. Barsam, et al | filed 06/19/20 |
| <u>8:20-cv-01087-DOC-KES</u> | James Rutherford v. Edinger Center Property Holding, LLC, et al | filed 06/19/20 |
| <u>8:20-cv-01130-VAP-ADS</u> | James Rutherford v. Melinda Ann Miller et al | filed 06/26/20 |
| <u>8:20-cv-01131-DSF-ADS</u> | James Rutherford v. Global Partnership, LLC et al | filed 06/26/20 |
| <u>8:20-cv-01132-FMO-ADS</u> | James Rutherford v. Southside Investment Co., et al | filed 06/26/20   closed 08/13/20 |
| <u>8:20-cv-01155-JLS-DFM</u> | James Rutherford v. Vemanti Capital Partners LLC et al | filed 06/30/20 |
| <u>8:20-cv-01159-CJC-KES</u> | James Rutherford v. Placentia Village Square, LLC, et al | filed 06/30/20 |
| <u>8:20-cv-01165-JLS-KES</u> | James Rutherford v. John Paul Choi et al | filed 06/30/20 |

# Select A Case

## James Rutherford is a plaintiff in 8 cases.

| | | | |
|---|---|---|---|
| <u>5:19-cv-01417-JGB-SHK</u> | James Rutherford v. Buffets Holdings, LLC, et al | filed 07/31/19 | closed 11/20/19 |
| <u>5:20-cv-00132-JFW-KK</u> | James Rutherford v. Sonal R. Patel | filed 01/16/20 | closed 03/11/20 |
| <u>5:20-cv-00134-VAP-SP</u> | James Rutherford v. Gurkirpa LLC et al | filed 01/16/20 | |
| <u>5:20-cv-00535-VAP-KK</u> | James Rutherford v. Ernest P. De Tomaso et al | filed 03/13/20 | closed 07/01/20 |
| <u>5:20-cv-00536-PA-SP</u> | James Rutherford v. Rancho Colton Group, LLC et al | filed 03/13/20 | closed 07/16/20 |
| <u>5:20-cv-00736-JGB-SHK</u> | James Rutherford v. 15643 Plaza Lawndale LLC et al | filed 04/10/20 | closed 06/05/20 |
| <u>8:19-cv-01891-JLS-ADS</u> | James Rutherford v. Coastland Chapman Plaza, L.P. et al | filed 10/01/19 | |
| <u>8:20-cv-00706-JLS-ADS</u> | James Rutherford v. Red Mountain Asset Fund I, LLC et al | filed 04/10/20 | |

# Select A Case

**James Rutherford is a plaintiff in 21 cases.**

| | | | |
|---|---|---|---|
| <u>5:19-cv-01395-DSF-KK</u> | James Rutherford v. Joana I Grau et al | filed 07/29/19 | closed 11/15/19 |
| <u>5:19-cv-01671-JGB-KK</u> | James Rutherford v. Redlands Motor Lodge, Inc. et al | filed 09/02/19 | closed 11/15/19 |
| <u>5:19-cv-01858-JAK-SP</u> | James Rutherford v. Panch Ratna, LLC et al | filed 09/26/19 | closed 01/15/20 |
| <u>5:19-cv-01861-MWF-SHK</u> | James Rutherford v. Amusement Industry, Inc. et al | filed 09/26/19 | closed 05/22/20 |
| <u>5:19-cv-02146-JGB-SHK</u> | James Rutherford v. Jay Hari, Inc. et al | filed 11/07/19 | closed 01/17/20 |
| <u>5:19-cv-02165-JGB-SHK</u> | James Rutherford v. Nites Inn Corporation et al | filed 11/11/19 | |
| <u>5:19-cv-02167-JGB-SP</u> | James Rutherford v. BMW Management, Inc., et al | filed 11/11/19 | closed 01/28/20 |
| <u>5:19-cv-02212-ODW-KK</u> | James Rutherford v. Han and Brothers Capital, LLC et al | filed 11/19/19 | closed 07/08/20 |
| <u>5:19-cv-02317-JGB-SP</u> | James Rutherford v. Alf E. Boman, et al | filed 12/04/19 | |
| <u>5:19-cv-02322-JGB-SHK</u> | James Rutherford v. Food N Fuel | filed 12/04/19 | closed 01/24/20 |

| | | | |
|---|---|---|---|
| 5:20-cv-00376-SVW-SHK | James Rutherford v. Dain Investments, Inc. et al | filed 02/25/20 | closed 07/09/20 |
| 5:20-cv-00634-RSWL-MRW | James Rutherford v. Sierra Way Summit, LLC et al | filed 03/30/20 | closed 04/28/20 |
| 8:19-cv-01844-JFW-ADS | James Rutherford v. Banzai Bowls et al | filed 09/26/19 | closed 01/15/20 |
| 8:19-cv-01845-AB-DFM | James Rutherford v. Gilbert C. Rhee et al | filed 09/26/19 | closed 01/03/20 |
| 8:19-cv-01884-DOC-ADS | James Rutherford v. Lakeview Village Corp. et al | filed 10/01/19 | closed 12/06/19 |
| 8:19-cv-01888-JVS-JDE | James Rutherford v. President Hotel Investment LLC et al | filed 10/01/19 | closed 02/21/20 |
| 8:19-cv-02142-JVS-DFM | James Rutherford v. Cheuk Koon Wong et al | filed 11/06/19 | closed 01/17/20 |
| 8:19-cv-02251-JLS-ADS | James Rutherford v. K and K Food, Inc. et al | filed 11/19/19 | closed 03/24/20 |
| 8:19-cv-02333-DOC-KES | James Rutherford v. Young Chhann et al | filed 12/04/19 | closed 05/29/20 |
| 8:19-cv-02334-JVS-KES | James Rutherford v. Lord Shiva LLC et al | filed 12/04/19 | closed 06/26/20 |
| 8:19-cv-02481-JLS-JDE | James Rutherford v. Antonjitos La Lagunilla et al | filed 12/23/19 | closed 01/30/20 |

# Select A Case

## James Rutherford is a plaintiff in 58 cases.

| | | | |
|---|---|---|---|
| 2:20-cv-05308 | James Rutherford v. World Smoke Shop, Inc., et al | filed 06/15/20 | closed 06/15/20 |
| 5:19-cv-01406-PA-KK | James Rutherford v. INA Business Management, Inc. et al | filed 07/31/19 | closed 12/03/19 |
| 5:19-cv-01421-JGB-SP | James Rutherford v. Brinker Restaurant Corporation et al | filed 07/31/19 | |
| 5:19-cv-01424-JGB-SP | James Rutherford v. YTLIFE Investment, LLC et al | filed 07/31/19 | closed 12/03/19 |
| 5:19-cv-01467-JGB-SP | James Rutherford v. Black Angus Steakhouses, LLC, et al | filed 08/07/19 | closed 10/11/19 |
| 5:19-cv-01564-AB-SHK | James Rutherford v. Shree Deva Sai, LLC et al | filed 08/21/19 | closed 02/05/20 |
| 5:19-cv-01565-GW-SHK | James Rutherford v. Feng Xin Investment, LLC et al | filed 08/21/19 | closed 08/05/20 |
| 5:19-cv-01566-PA-SP | James Rutherford v. Tao T et al | filed 08/21/19 | closed 02/11/20 |
| 5:19-cv-01568-GW-SP | James Rutherford v. Rialto Buffet Inc., et al | filed 08/21/19 | closed 08/04/20 |
| 5:19-cv-01570-RGK-SHK | James Rutherford v. WHG Restaurant Group, Inc. et al | filed 08/21/19 | closed 11/26/19 |

| | | | |
|---|---|---|---|
| 5:19-cv-01672-JGB-SP | James Rutherford v. La Cocina De Paquita et al | filed 09/02/19 | closed 11/07/19 |
| 5:19-cv-01857-PA-SHK | James Rutherford v. Carl C. Lehmann et al | filed 09/26/19 | closed 12/05/19 |
| 5:19-cv-01860-ODW-SHK | James Rutherford v. Richard J. Hersh et al | filed 09/26/19 | closed 02/19/20 |
| 5:19-cv-02021-RGK-SHK | James Rutherford v. Centrelake Hospitality, Inc. et al | filed 10/22/19 | closed 01/06/20 |
| 5:19-cv-02134-JGB-SP | James Rutherford v. Gopal, LLC et al | filed 11/06/19 | closed 02/26/20 |
| 5:19-cv-02149-JGB-KK | James Rutherford v. De Los Autenticos, Inc. et al | filed 11/07/19 | closed 01/23/20 |
| 5:19-cv-02164-AB-SP | James Rutherford v. Ramchandra Prajapati et al | filed 11/11/19 | closed 02/11/20 |
| 5:19-cv-02166-JGB-SHK | James Rutherford v. Tho Van Huynh et al | filed 11/11/19 | closed 02/11/20 |
| 5:19-cv-02211-AB-SHK | James Rutherford v. The Pink Bull, Inc. et al | filed 11/19/19 | closed 12/18/19 |
| 5:19-cv-02277-JGB-SHK | James Rutherford v. SSM, LLC, et al | filed 11/27/19 | closed 02/04/20 |
| 5:19-cv-02316-JGB-SHK | James Rutherford v. Samir Patel et al | filed 12/04/19 | closed 03/19/20 |

| | | | |
|---|---|---|---|
| 5:19-cv-02318-JGB-SHK | James Rutherford v. Joe L. Juarez et al | filed 12/04/19 | closed 12/18/19 |
| 5:19-cv-02319-JGB-KK | James Rutherford v. H and H Enterprise et al | filed 12/04/19 | closed 02/11/20 |
| 5:19-cv-02321-JGB-SP | James Rutherford v. Golden Harvest Investments, LLC et al | filed 12/04/19 | closed 02/05/20 |
| 5:19-cv-02323-JGB-KK | James Rutherford v. Topwell, LLC et al | filed 12/04/19 | closed 02/11/20 |
| 5:19-cv-02324-JGB-SP | James Rutherford v. Washington Fund V, LLC et al | filed 12/04/19 | |
| 5:19-cv-02325-JGB-SP | James Rutherford v. Tung Thanh Dinh et al | filed 12/04/19 | closed 08/07/20 |
| 5:19-cv-02368-DSF-SHK | James Rutherford v. Parth and Haley Hospitality LLC et al | filed 12/10/19 | closed 04/28/20 |
| 5:19-cv-02375-ODW-SP | James Rutherford v. TRU 2005 RE I, LLC et al | filed 12/11/19 | closed 06/24/20 |
| 5:19-cv-02464-DSF-KK | James Rutherford v. Ryu Real Estate Holdings, LP et al | filed 12/23/19 | closed 04/02/20 |
| 5:19-cv-02466-RGK-SHK | James Rutherford v. Lawrence I. Lacks et al | filed 12/23/19 | closed 03/19/20 |
| 5:19-cv-02481-SVW-KK | James Rutherford v. D&Z Properties, LLC et al | filed 12/26/19 | closed 02/04/20 |

| | | | |
|---|---|---|---|
| 5:19-cv-02483-GW-SP | James Rutherford v. Yen Bui LLC et al | filed 12/26/19 | closed 04/24/20 |
| 5:19-cv-02491-MWF-KK | James Rutherford v. B J Win Hospitality Inc. et al | filed 12/27/19 | closed 03/05/20 |
| 5:20-cv-00377-RSWL-SHK | James Rutherford v. Baseline Capital Venture, LLC et al | filed 02/25/20 | closed 06/01/20 |
| 5:20-cv-00630-JGB-SHK | James Rutherford v. Rialto Pocket Properties, Inc. et al | filed 03/30/20 | closed 08/13/20 |
| 5:20-cv-00636-SVW-PLA | James Rutherford v. Wacy Armstrong, Jr. et al | filed 03/30/20 | closed 06/30/20 |
| 5:20-cv-00639-JGB-SHK | James Rutherford v. Youn Ock Yoon et al | filed 03/30/20 | |
| 5:20-cv-01215-FMO-KK | James Rutherford v. Turner Plaza, a California Limited Partnership et al | filed 06/15/20 | closed 07/29/20 |
| 8:19-cv-01460-JVS-KES | James Rutherford v. Herbert Hakimianpour et al | filed 07/31/19 | closed 09/13/19 |
| 8:19-cv-01461-DOC-DFM | James Rutherford v. USA Subs, Inc. et al | filed 07/31/19 | closed 10/11/19 |
| 8:19-cv-01470-DOC-JDE | James Rutherford v. Noe J. Martinez et al | filed 07/31/19 | closed 10/10/19 |
| 8:19-cv-01472-DOC-KES | James Rutherford v. Waleed Iskandar Madain et al | filed 07/31/19 | closed 09/16/19 |

| | | | |
|---|---|---|---|
| 8:19-cv-01529-DOC-JDE | James Rutherford v. ANAB, Inc. et al | filed 08/07/19 | closed 09/20/19 |
| 8:19-cv-01608-DOC-ADS | James Rutherford v. Lake Forest Select LLC, et al | filed 08/21/19 | closed 11/27/19 |
| 8:19-cv-01609-JLS-JDE | James Rutherford v. Johnny Lucatero et al | filed 08/21/19 | closed 03/24/20 |
| 8:19-cv-01610-DOC-JDE | James Rutherford v. Jadoua Maidaa et al | filed 08/21/19 | closed 10/30/19 |
| 8:19-cv-01612-JLS-JDE | James Rutherford v. Dick's Grinder, Inc. et al | filed 08/21/19 | closed 10/31/19 |
| 8:19-cv-01613-JLS-DFM | James Rutherford v. Florida-RRG, Inc. et al | filed 08/21/19 | closed 11/22/19 |
| 8:19-cv-01781-DOC-KES | James Rutherford v. Waleed Iskandar Madain et al | filed 09/17/19 | closed 12/06/19 |
| 8:19-cv-02174-JLS-KES | James Rutherford v. Harbor Bay Properties, LLC et al | filed 11/11/19 | closed 02/05/20 |
| 8:19-cv-02175-JLS-KES | James Rutherford v. Kyong Su Kim et al | filed 11/11/19 | closed 02/27/20 |
| 8:19-cv-02176-JLS-ADS | James Rutherford v. Sharon Kelsch et al | filed 11/11/19 | closed 07/20/20 |
| 8:19-cv-02386-DOC-KES | James Rutherford v. Lois Horness et al | filed 12/11/19 | closed 04/15/20 |

| | | | |
|---|---|---|---|
| 8:19-cv-02387-JVS-ADS | James Rutherford v. Bristol Food Court et al | filed 12/11/19 | closed 02/28/20 |
| 8:19-cv-02389-JVS-JDE | James Rutherford v. Fisher Real Estate Partners Costa Mesa, L.P. et al | filed 12/11/19 | closed 03/03/20 |
| 8:20-cv-00812-PSG-E | James Rutherford v. Susiecakes, LLC, et al | filed 04/28/20 | |
| 8:20-cv-01074-JLS-KES | James Rutherford v. World Smoke Shop, Inc., et al | filed 06/15/20 | |

# Select A Case

## James Rutherford is a plaintiff in 15 cases.

| | | | |
|---|---|---|---|
| 2:20-cv-02971-PSG-SK | James Rutherford v. Citrus West Properties, LLC | filed 03/30/20 | closed 07/29/20 |
| 5:19-cv-01409-JFW-SHK | James Rutherford v. Mohammed A Ali et al | filed 07/31/19 | closed 01/23/20 |
| 5:19-cv-01573-DSF-SHK | James Rutherford v. Rene A Tobar et al | filed 08/21/19 | closed 02/11/20 |
| 5:19-cv-01574-PA-SHK | James Rutherford v. Good Nite Inn Redlands, Inc. et al | filed 08/21/19 | closed 11/14/19 |
| 5:19-cv-02017-DMG-SP | James Rutherford v. BLM Victorville a California Limited Partnership et al | filed 10/21/19 | closed 06/16/20 |

| 5:19-cv-02136-JGB-KK | James Rutherford v. Rancho LK LLC et al | filed 11/06/19 | closed 01/17/20 |
|---|---|---|---|
| 5:19-cv-02362-AB-SHK | James Rutherford v. Golden Chicken, LLC et al | filed 12/09/19 | closed 01/14/20 |
| 5:19-cv-02376-SVW-SP | Rutherford v. Ahir et al | filed 12/11/19 | |
| 5:19-cv-02377-MWF-SP | James Rutherford v. Golden Tower Properties, LLC et al | filed 12/11/19 | closed 04/15/20 |
| 5:20-cv-00375-DMG-SHK | James Rutherford v. Big Dog Enterprises et al | filed 02/25/20 | closed 07/06/20 |
| 5:20-cv-00635-JAK-MAA | James Rutherford v. Ibrahim Diab et al | filed 03/30/20 | |
| 5:20-cv-00637-GW-AFM | James Rutherford v. Nikiforos Valaskantjis, et al | filed 03/30/20 | closed 06/19/20 |
| 5:20-cv-00638-PA-AS | James Rutherford v. Freeman Property Ventures LLC, et al | filed 03/30/20 | |
| 5:20-cv-00904-DMG-SHK | James Rutherford v. Chih-Hong Young et al | filed 04/28/20 | |
| 5:20-cv-01214-JFW-SHK | James Rutherford v. Roaring 20s Family Pizza Parlors, Inc. et al | filed 06/15/20 | |

# Select A Case

### James Rutherford is a plaintiff in 2 cases.

5:20-cv-01173-JGB-KK        James Rutherford v. Fontana Plaza, L.P. et al          filed 06/09/20

5:20-cv-01202-MWF-KK        James Rutherford v. RTE Family Properties LLC et al   filed 06/12/20

# Select A Case

### James Rutherford is a plaintiff in 4 cases.

5:20-cv-00408-JGB-SHK     James Rutherford v. EKTA Hospitality LLC, et al     filed 02/28/20

5:20-cv-00409-JGB-SHK     James Rutherford v. Kais Nakkoud et al     filed 02/28/20   closed 06/09/20

8:20-cv-00416-DSF-DFM     James Rutherford v. SOCO LLC,et al     filed 02/28/20   closed 04/28/20

8:20-cv-00418-DOC-KES     James Rutherford v. Bristol Chino II, LLC et al     filed 02/28/20   closed 05/07/20

PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On August 17, 2020, I served the foregoing document described as "Request for Judicial Notice in Support of Motion to Dismiss State Law Claim" on the party or parties by electronic service as follows:

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the documents with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules and proofs of such service filed separately.

Joseph R. Manning, Jr., Esq.
MANNING LAW, APC
20062 SW Birch Street, Suite 200
Newport Beach, CA 92660
DisabilityRights@manninglawoffice.com

Executed on August 17, 2020 at Costa Mesa, California.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

/s/ *Robert Hall*

_____

ROBERT HALL

3

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS STATE LAW CLAIM